# United States Court of Appeals
## For the First Circuit

No. 13-1059
MA DC No. 12-cv-00411

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

**ORDER OF DEFAULT**
Entered: January 29, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon filing a notice of appeal, the appellant is required to pay the $455.00 filing fee to the clerk of the district court in accordance with Fed. R. App. P. 3(e). Appellant is presently in default as to this filing. If appellant is indigent and unable to pay the fee, appellant may file a motion for leave to proceed in forma pauperis ("IFP") in the district court pursuant to Fed. R. App. P. 24.

Unless this court is provided with notice of paying the filing fee to the <u>clerk of the district court</u>, or filing a motion seeking in forma pauperis status in the <u>district court</u> by **February 12, 2013**, this appeal will be dismissed for lack of prosecution.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Stephen L. D'Angelo
William C. Saturley
Nancy J. Smith
William H. Whitney