# United States Court of Appeals
## For the First Circuit

*[FILED IN CLERK'S OFFICE, US COURT OF APPEALS FOR THE FIRST CIRCUIT — 2013 JAN 28 P 3: 46]*

### DOCKETING STATEMENT

No. 13-1059              Short Title: D'Angelo v. New Hampshire Supreme Court et al

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from January 14, 2013
   2. Date this notice of appeal filed January 24, 2013
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes  [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [✓] No
         If yes, explain _____

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party New Hampshire Supreme Court
   Attorney Nancy J Smith, Esq., Senior Assistant Attorney General, New Hampshire Attorney General's Office
   Address 33 Capitol Street, Concord, NH 03302
   Telephone 603-271-3658

2. Adverse party Brian Germaine, Esq.
   Attorney William Saturley, Esq.
   Address 57 North Main Street, P.O.Box 1318  Concord, NH 03302
   Telephone 603-410-1500

3. Adverse party _____
   Attorney _____
   Address _____
   Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Stephen L. D'Angelo
   Address 401 Andover Street, Suite 202, North Andover, MA 01845
   Telephone 978-687-8100

   Attorney's name _____
   Firm _____
   Address _____
   Telephone _____

2. Appellant's name _____
   Address _____
   Telephone _____

   Attorney's name _____
   Firm _____
   Address _____
   Telephone _____

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature __Stephen D'Angelo___

Date __January 24, 2013___

UNITED STATES COURT OF APPEALS
For the First Circuit

No. 13-1059

Stephen L. D'Angelo,
Plaintiff- Appellant

v.

New Hampshire Supreme Court,
Brian Germaine, Esq.,
Defendants - Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th Day of January 2013, I served the foregoing:

**Docketing Statement**

To all parties of record via first class mail as follows:

Nancy J Smith, Esq.
Senior Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03302

William Saturley, Esq.
Counsel for Brian Germaine
57 North Main Street
P.O. Box 1318
Concord, NH 03302

Dated: January 24, 2013

Respectfully submitted,
Stephen D'Angelo

Stephen D'Angelo
401 Andover Street, Suite 202
North Andover, Massachusetts 01845
978-687-8100
sld@lawyeradvocates.com



**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

401 Andover Street
Suite 202
North Andover, MA 01845

Tel: 978-687-8100
Fax: 978-687-8111

FILED
IN CLERKS OFFICE

2013 JAN 28 P 2: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 24, 2013

Via First Class Mail

Office of the Clerk
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Stephen D'Angelo, Appellant, v.
      New Hampshire Supreme Court, Brian Germaine, Esq., Appellees
      C. A. No: 13-1059

Dear Clerk:

Enclosed, please find enclosed:

- Docketing Statement
- Certificate of Service

Please file in the usual manner.

Sincerely yours,

Stephen D'Angelo

Enc as stated

Cc:  William Saturley
     Counsel for Brian Germaine

     Nancy J Smith
     Counsel for New Hampshire Supreme Court



D'Angelo & Hashem, LLC
Attorneys & Counselors at Law
400 Andover Street, Suite 202
North Andover, MA 01845

Office of the Clerk
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston MA 02210-3002

USMS SCREENED

$0.45
US POSTAGE
FIRST-CLASS
FROM 01845
JAN 24 2013
stamps.com