

**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

401 Andover Street
Suite 202
North Andover, MA 01845

Tel: 978-687-8100
Fax: 978-687-8111

Via First Class Mail

March 11, 2013

United States Court of Appeals
For the First Circuit
Office of the Clerk
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
Case Manager: George

Re:   Stephen D'Angelo, Appellant, v.
      New Hampshire Supreme Court, Brian Germaine, Esq., Appellees
      C. A. No: 13-1059

Dear Clerk:

Enclosed, please find enclosed:

- Motion For Extension Of Time Pursuant To Fed. R. App.P/16(B)

- Certificate of Service

Please file in the usual manner.
Sincerely yours,

Stephen D'Angelo

Enc as stated
Cc:   William Saturley
      Counsel for Brian Germaine

      Nancy J Smith
      Counsel for New Hampshire Supreme Court

UNITED STATES DISTRICT COURT OF APPEALS
For The First Circuit

No. 13-1059

STEPHEN L. D'ANGELO,
Plaintiff-Appellant

2013 MAR 13 A 11: 32

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN GERMAINE, ESQ.
Defendant-Appellees

**MOTION FOR EXTENSION OF TIME PURSUANT TO FED. R. APP.P/16(b)**

Now comes Plaintiff-Appellant in the above-captioned matter to respectfully request that the Court extend the deadline set forth during the Court's January 31, 2013 Briefing Notice by sixty (60) days, from March 12, 2013, until May 13, 2013. Plaintiff-Appellant Stephen D'Angelo is an attorney with pending matters in several courts that have pending issues of discovery deadlines including depositions, trial preparation and hearings. Most pressing is the preparation for trial in Gardner et al v. Simpson Financing Ltd. Partnership that begins in three weeks. In support of this motion, the Plaintiff-Appellant states as follows:

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS that is scheduled for a three week trial beginning April 1, 2013:
**Case Name:** Gardner et al v. Simpson Financing Ltd. Partnership et al
**Case umber:** 1:09-cv-11806-FDS

**Case Name:** GALLAGHER et al v. TOWN OF BARNSTABLE et al
**CaseNumber:** 1:10-cv-11005-GAO
Discovery deadline of March 31, 2013 was jointly requested by the parties to extend deadline sixty days.

In Re: HYDROXYCUT MARKETING AND SALES PRACTICE LITIGATION Case No. 3:09-MD-02087-BTM Southern District of California that settled in February requiring counsel to submit an application and backup for attorney fees and costs by March 1, 2013 a class action originally filed in Massachusetts District Court.

GIANO, ET AL V. ALCER CORP., Case No. SACV 09-01247-CJC United States District Court for the Central District of California originally filled in Massachusetts District Court and its State counterpart Wong, et al. v. Alcer Corporation, Case No. CGC-12-519221 California Superior Court for San Francisco County a class action. This matter was settled in November 2012 but on going weekly negotiations via conference calls to bring the matter to completion has taken place.

In addition to the Federal Court and out of state matters the following court cases are in the midst of discovery/depositions or scheduled for court hearings:

Northeast Housing Court Picardi et al v. Simpson Financing Ltd. Partnership et al: Docket No: 11-H77-CV-000012 which as a discovery deadline of April 1, 2013 and is the sister case to the matter scheduled for trial in Federal District Court on April 1, 2013.

Vasquez et al v. Community Health Care Inc Docket No: ESCV2010-02570 has a Discovery deadline of April 26, 2013.

Moukhaiber et al v Doe 1 et al Docket MICV2011-04611-L2 is in the Discovery stage with experts scheduled to visit the premises during the week of March 18, 2013 with depositions of the plaintiff and witnesses.

Leblanc v. Demoulas Super Markets, Inc. Docket No: MICV2012-03858-L2

Marquez v. Romero Docket No: 12H77CV000150 Northeast Housing Court

Takesian, et al v Ilias Kakouris, et al Case number 218-2011-CV-01089 Rockingham Superior Court New Hampshire schedueled for trial Jun24, 2013 with Defendants conducting final discovery.

McMillan v. Garcia et al Docket No: ESCV2012-01041 discovery deadline March 27, 2013.

Commonwealth v. Cabezas Docket No: 1218CR002140 a criminal matter in Lawrence District Court scheduled for trial May 1, 2013.

Huang v. Campbell Summary process matter in housing court Docket No: 13SP151 representing tenants Campbell. Motion hearing on March 26 2013.

Also scheduled on March 22, 2013 in Lawrence District Court is a Restraining Order hearing Docket No: 1318RO 000118.

A good portion of the brief is complete. However, the completion, copying and submission of the required brief and addendum will not be completed by the March 12, 2013. Wherefore, the Plaintiff-Appellant respectfully request that the Court extend the filing deadline by sixty days from March 12, 2013, until May 13, 2013.

Dated this 11th day of March, 2013

Respectfully submitted,
Stephen D'Angelo

_____
Stephen D'Angelo
401 Andover Street, Suite 202
North Andover, Massachusetts 01845
978-687-8100
sld@lawyeradvocates.com

## Certificate of Service

I hereby certify that on the 11th day of March, 2013 I served the foregoing:

**MOTION FOR EXTENSION OF TIME PURSUANT TO FED. R. APP.P/16(b)**

To all parties of record via first class mail as follows:

William Saturley, esq.
Counsel for Brian Germaine
57 North Main Street
P.O. Box 1318
Concord, NH 03302

Nancy J Smith, Esq.
Senior Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03302

Dated: 11th day of March, 2013

                                                                           Respectfully submitted,
                                                                           Stephen D'Angelo

                                                                           _____
                                                                           Stephen D'Angelo
                                                                           401 Andover Street, Suite 202
                                                                           North Andover, Massachusetts 01845
                                                                           978-687-8100
                                                                           sld@lawyeradvocates.com