# United States Court of Appeals
## For the First Circuit

No. 13-1059
NH DC No. 12-v-00411

STEPHEN L. D'ANGELO,
Plaintiff, Appellant,

v.

NH SUPREME COURT, BRIAN G. GERMAINE, ESQ.,
Defendants, Appellees.

**ORDER OF COURT**

Entered: March 22, 2013
Pursuant to 1st Cir. R. 27.0(d)

The March 20, 2013 final order of default is hereby vacated as issued in error.

By the Court:

/s/ Margaret Carter, Clerk

cc:  Stephen L. D'Angelo
     Nancy J. Smith
     William C. Saturley
     William H. Whitney