# United States Court of Appeals
## For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

**ORDER OF COURT**

Entered: May 22, 2013
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file an appendix. It is ordered that if an appendix is not filed on or before **June 5, 2013**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Stephen L. D'Angelo
William C. Saturley
Nancy J. Smith
William H. Whitney