UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff(s) - Appellant(s)

v.

NEW HAMPSHIRE SUPREME COURT, ET AL

Defendant(s) - Appellee(s)

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Defendant-Appellee, New Hampshire Supreme Court, hereby moves this Court for an extension of time pursuant to Fed. R. App. P. 26(b) for Defendant-Appellee to file its brief and for Plaintiffs-Appellants to file their reply brief, stating as follows:

1. Plaintiff-Appellant filed his brief on May 20, 2013. The current briefing schedule provides that the Defendant-Appellee New Hampshire Supreme Court's brief is due on June 18, 2013. The Plaintiff-Appellant is required to file a reply brief within fourteen days of that date.

2. Defendant-Appellee has sought and received the assent of the Plaintiff-Appellant to a 30-day extension to file its brief, to July 18, 2013 due to the fact that Senior Assistant Attorney General Nancy Smith is preparing for a two-

week jury trial before the Merrimack County Superior Court which will begin June 17, 2013, in <u>Ludtke v. NH Insurance Department</u>, 217-2011-cv-00368.

    4.    Plaintiff-Appellant has provided his assent to the relief requested.

WHEREFORE, Defendant-Appellee moves this Honorable Court to

    a.    Extend the time for Defendant-Appellee to file its brief until July 18, 2013;

    b.    Extend the time for the Plaintiffs-Appellants to file their reply brief accordingly; and

    c.    Grant such other and further relief as justice may require.

Respectfully submitted,

NEW HAMPSHIRE SUPREME COURT

By its attorney,

JOSEPH A. FOSTER
Attorney General

/s/Nancy J. Smith
Nancy J. Smith, Bar No. 25497
Senior Assistant Attorney General
Civil Bureau
33 Capitol Street
Concord, N.H. 03301-6397
(603) 271-3650
nancy.smith@doj.nh.gov

## Certificate of Service

I hereby certify that a copy of the foregoing has been served by use of the Court's CM/ECF system this day to the following counsel of record: Stephen L. D'Angelo, Esquire, William C. Saturley, Esquire, and William H. Whitney, Esquire.

.

Date: June 4, 2013              /s/Nancy J. Smith
                                Nancy J. Smith


909670