# United States Court of Appeals
## For the First Circuit

2013 JUN -6 P 2: 56

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FIRST CIRCUIT

### REQUEST FOR REMOVAL FROM SERVICE LIST

Case No. 13-1059     Short Title: D'Angelo v. NH Supreme Court, et al.

I wish to be removed from the service list as counsel for *(please list names of all parties represented, using additional sheet(s) if necessary)*: Brian G. Germaine, Esq.

[ ] The party I represented below is not a party to the appeal.

[✓] The party I represented below is a party to the appeal. An appearance has been entered in the Court of Appeals on behalf of said party by Attorney William C. Saturley.

[ ] The party I represented below is a party to the appeal. To date, no attorney has entered an appearance in the Court of Appeals on behalf of said party.

| | |
|---|---|
| /s/ William H. Whitney | June 6, 2013 |
| Signature | Date |
| William H. Whitney, Esq. | |
| Name | |
| Preti Flaherty Beliveau & Pachios, PLLP | 603-410-1500 |
| Firm Name (if applicable) | Telephone Number |
| PO Box 1318, 57 North Main Street | 603-410-1501 |
| Address | Fax Number |
| Concord, NH 03302-1318 | wwhitney@preti.com |
| City, State, Zip Code | Email |

An attorney who has represented a defendant in a criminal case in the district court will be responsible for representing the defendant on appeal, whether or not the attorney has entered an appearance in the Court of Appeals, until the attorney is relieved of such duty by the court. Procedures for withdrawal in criminal cases are found in Local Rule 46.6. For requirements applying to court-appointed counsel, reference is made to Local Rule 46.5(c), the Criminal Justice Plan of this Circuit.

No attorney who has entered an appearance in this court may withdraw without the consent of the court.

If your request is allowed, you will be notified. Until that time, you remain counsel of record.

This form may be emailed to FirstCircuitCourtOfAppeals@ca1.uscourts.gov, faxed to 617-748-9056 or mailed to U.S. Court of Appeals, 1 Courthouse Way, Suite 2500, Boston, MA 02210.

# PretiFlaherty

**Preti Flaherty Beliveau & Pachios PLLP**
57 North Main Street
Concord, NH 03301
603.410.1500  Fax 603.410.1501

## FAX COVER SHEET

Client/Matter No:        20760-44686              Date:   6/6/2013
Pages (Including Cover):   2                      Time:   2:03 PM

| NAME | COMPANY / FIRM | FAX NO. |
|---|---|---|
| Clerk | US Court of Appeals First Circuit | (617) 748-9056 |

FROM:   Tammy Worthen (on behalf of William Whitney)

COMMENTS:

    Please file the attached Withdrawal of Attorney Whitney's Appearance. Thank you.

If you do not receive all of the pages or have other transmission problems, please immediately call back.