# United States Court of Appeals
## For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

**NOTICE**

Issued: June 6, 2013

    The Request for Removal from Service List filed by the following attorneys has been allowed and they will no longer receive notice in this case:

William H. Whitney

    The following attorneys will continue to receive notice in this case:

Stephen L. D'Angelo
William C. Saturley
Nancy J. Smith

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: George - (617) 748-9055

cc:
Stephen L. D'Angelo
William C. Saturley
Nancy J. Smith
William H. Whitney