UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff(s) - Appellant(s)

v.

NEW HAMPSHIRE SUPREME COURT, ET AL

Defendant(s) - Appellee(s)

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant-Appellee, Brian Germaine, Esq., pursuant to Fed. R. App. P. 26(b), hereby moves this Court to extend the time for him to file his brief and for Plaintiffs-Appellants to file his reply brief, stating as follows:

1. Plaintiff-Appellant filed his brief on May 20, 2013. The current briefing schedule provides that Defendant-Appellee Brian Germaine's brief is due on June 18, 2013. Plaintiff-Appellant is required to file a reply brief within fourteen days of that date.

2. On June 4, the Court granted Defendant-Appellee New Hampshire Supreme Court's Assented-to Motion for Extension of Time to file its Brief, until July 18, 2013.

3. In the interests of judicial economy and to maintain a consistent briefing schedule, Defendant-Appellee Brian Germaine requests that the time to file his brief be extended to July 18 as well.

4. Plaintiff-Appellant has provided his assent to the relief requested.

WHEREFORE, Defendant-Appellee Germaine moves this Honorable Court to:

a. Extend the time for Defendant-Appellee to file his brief until July 18, 2013;

b. Extend the time for the Plaintiffs-Appellants to file his reply brief accordingly;

and

c. Grant such other and further relief as justice may require.

                    Respectfully submitted,

                    BRIAN GERMAINE, ESQ.

                    By his attorney,

                    PRETI, FLAHERTY, BELIVEAU &
                    PACHIOS, PLLP

Date:  June 10, 2013          By:  /s/ William C. Saturley
                                        William C. Saturley (NH Bar #2256)
                                        P.O. Box 1318
                                        Concord, NH 03302-1318
                                        (603) 410-1500

## Certificate of Service

I hereby certify that a copy of the foregoing has been served by use of the Court's CM/ECF system this day to the following counsel of record: Stephen L. D'Angelo, Esquire and Nancy J. Smith, Esquire.

Date:  June 10, 2013                  /s/ William C. Saturley