# United States Court of Appeals
## For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

**ORDER OF COURT**

Entered: June 11, 2013
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee Brian G. Germaine to file a brief be enlarged to and including **July 18, 2013**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Stephen L. D'Angelo
William C. Saturley
Nancy J. Smith