# United States Court of Appeals
## For the First Circuit

_____

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 13-1059

Case Name: Stephen L. D'Angelo v. New Hampshire Supreme Court; Brian G. Germaine, Esq.

Date of Argument: September 09, 2013

Location of Argument: ☑ Boston   ☐ Puerto Rico   ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
New Hampshire Supreme Court

Attorney Name: Nancy J. Smith             First Circuit Bar No.: 25497

Phone Number: (603) 271-1227              Fax Number: (603) 271-2110

Email: nancy.smith@doj.nh.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

| /s/ Nancy J. Smith | August 6, 2013 |
|---|---|
| (Signature) | (Date) |

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.