# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 13-1059

Case Name: Stephen L. D'Angelo v. New Hampshire Supreme Court; Brian G. Germaine, Esq.

Date of Argument: September 9, 2013

Location of Argument:    [✓] Boston     [ ] Puerto Rico     [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Brian G. Germaine, Esq.

Attorney Name: William C. Saturley         First Circuit Bar No.: 67415

Phone Number: (617) 226-3857               Fax Number: (617) 226-3801

Email: wsaturley@preti.com

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_/s/ William C. Saturley_            August 6, 2013
(Signature)                          (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.