# United States Court of Appeals
## For the First Circuit

2013 SEP -3 P 4:00

FILED IN CLERK'S OFFICE
US COURT OF APPEALS
1ST CIRCUIT

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 13-1059

Case Name: Stephen L. D'Angelo v. New Hampshire Supreme Court et al.

Date of Argument: 9-9-13

Location of Argument: [✓] Boston   [ ] Puerto Rico   [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Stephen L. D'Angelo

Attorney Name: Pro Se Stephen L. D'Angelo    First Circuit Bar No.: Pro SE
Phone Number: (978) 687-8100                  Fax Number: (978) 687-8111
Email: SLD @ Lawyer-Advocates.com

Check the box that applies:

[✓] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_____ (Signature)    8-30-13 (Date)

**PLEASE NOTE:** Only arguing counsel will be notified by phone when the *opinion* is released.