# United States Court of Appeals
## For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

Before

Torruella, Ripple,[*] and Thompson,
Circuit Judges.

**ORDER OF COURT**
**Entered:  February 21, 2014**

    We have carefully considered Stephen L. D'Angelo's timely response to the court's directive and nevertheless assess double costs in this matter "for needlessly consuming the time of the court and opposing counsel."

By the Court:

/s/ Margaret Carter, Clerk

cc:
William C. Saturley
Nancy J. Smith
Stephen L. D'Angelo

---

[*] Of the Seventh Circuit, sitting by designation.