# United States Court of Appeals
## For the First Circuit

# BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 13-1059     Title: D'Angelo v. NH Supreme Court

Filed on behalf of: NH Supreme Court

The Clerk is requested to tax the following costs against: Stephen D'Angelo

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority: _____

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED | | | | | | For internal use only |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00[*] | | | | | | | |
| BRIEF | 9 | 63 | 0.10 | 3.50 | 0.20 | 90.00 | |
| REPLY BRIEF | | | | | | 0.00 | |
| APPENDIX | | | | | | 0.00 | |
| TOTAL AMOUNT REQUESTED: | | | | | | 180.00* | |

*court ordered double costs 2/21/14

I, Nancy J. Smith _____, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: /s/ Nancy J. Smith     Dated: February 25, 2014

---

[*] If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.

## Certificate of Service

I hereby certify that a copy of the foregoing *Bill of Costs* has been served by use of the Court's CM/ECF system this day to the following counsel of record: Stephen L. D'Angelo, Esquire, William C. Saturley, Esquire, and William H. Whitney, Esquire.
.

        NEW HAMPSHIRE SUPREME COURT

        By its attorney,

        JOSEPH A. FOSTER
        Attorney General

        /s/Nancy J. Smith
        Nancy J. Smith, Bar No. 25497
        Senior Assistant Attorney General
        Civil Bureau
        33 Capitol Street
        Concord, N.H. 03301-6397
        (603) 271-3650
        nancy.smith@doj.nh.gov

Date: February 25, 2014