# United States Court of Appeals
## **For the First Circuit**

No. 13-1059

STEPHEN L. D'ANGELO,

Plaintiff, Appellant,

v.

NEW HAMPSHIRE SUPREME COURT,
BRIAN GERMAINE, ESQ.,

Defendants, Appellees.

_____

**PLAINTIFF/APPELANT'S OBJECTION TO APPELLEES'
BILL OF COSTS AS UNTIMELY FILED**

---

STEPHEN L. D'ANGELO
401 ANDOVER STREET, SUITE 202
NORTH ANDOVER, MA 01845
SLD@LAWYERADVOCATES.COM
(978) 687-8100

PRO SE FOR APPELLANT

---

Judgment entered on this case on January 29, 2014, at which time Mr. D'Angelo was ordered to show cause within fourteen (14) days why he should not be assessed double costs "for needlessly consuming the time of the Court and opposing counsel." The Appellees filed their bill of costs on February 25, 2014, twenty seven (27) days after judgment entered.

Federal Rule of Appellate Procedure 39 (d)(1) states:

> A party who wants costs taxed must — within 14 days after entry of judgment — file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

First Circuit Local Rule 39.0 states;

> Bills of costs must be filed in the clerk's office within fourteen days after entry of judgment, even if a petition for rehearing or other post-judgment motion is filed. See Fed.R. App. P. 39(d)(1)

Absent showing of good cause, bill of costs may not be filed under Rule 39 and taxed against losing party after expiration of 14 day period following entry of judgment of court. For purposes of Rule 39, "entry of judgment" means exactly that, and does not have reference to order that may be entered with regard to petition for rehearing. *Stern v United States Gypsum, Inc.*, 560 F.2d 865, 24 FR Serv 2d 219, (7th Cir. 1977).

The Appellees did not file a motion to extend the time to file their bill of costs within fourteen days of judgment. They have not shown good cause to allow

1

this untimely filing.  In any event, a pending show cause order is not good cause to file late.  The bill of costs should not be allowed.

>Respectfully submitted,
>The Appellant,
>
>/s/ Stephen L. D'Angelo
>Stephen L. D'Angelo
>401 Andover Street, Suite 202
>North Andover, MA 01845
>978-687-8100
>sld@lawyeradvocates.com

## CERTIFICATE OF SERVICE

February 26, 2014

    I hereby certify that on February 26, 2014, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system: Nancy J. Smith, Esq., William C. Saturley, Esq., William H. Whitney, Esq. .

>/s/Stephen L. D'Angelo
>Stephen L. D'Angelo