# United States Court of Appeals
## For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

**ORDER OF COURT**
**Entered: March 21, 2014**

    Upon consideration of the appellees' bills of costs and appellant's opposition, appellee New Hampshire Supreme Court's bill of costs is allowed in the amount of $90.00 and appellee Brian Germaine's bill of cost is allowed in the amount of $49.50. In accordance with our February 21, 2014 order, the Clerk shall tax double costs in favor of the appellees.

                         By the Court:

                         /s/ Margaret Carter, Clerk

cc:
William C. Saturley
Nancy J. Smith
Stephen L. D'Angelo